**Order entered October 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00590-CR
No. 05-20-00591-CR

**DAMON EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F20-51047-I & F20-51046-I**

## ORDER

Before the Court is appellant's motion to supplement the clerk's records with appellant's judicial confessions in each of the above appeals. We **GRANT** the motion and **ORDER** Dallas County District Clerk Felicia Pitre to file, **WITHIN FIFTEEN DAYS OF THE DATE OF THIS ORDER**, supplemental clerk's records containing appellant's judicial confessions in each appeal.

We **ORDER** appellant's brief due **THIRTY DAYS** after the date the supplemental clerk's records are filed.

/s/     BILL PEDERSEN, III
        JUSTICE